IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                    CRIMINAL CASE NO.: 1:18-CR-2-SA-2

SHAQUILLE WILSON                                        DEFENDANT

### AMENDED ORDER[1]

On November 8, 2021, the Defendant, Shaquille Wilson, filed a *Pro Se* Motion [78], wherein he requests that the Court terminate his term of supervised release prior to its expiration. The Government does not oppose the requested relief.

At Wilson's sentencing hearing on October 3, 2018, the Court imposed a sentence of time-served and five years supervised release. *See* [55]. A special condition of Wilson's supervision was to reside for a period of twelve months at a residential reentry center. *Id*. Wilson completed that condition on December 6, 2019. Wilson represents in his Motion [78] that, since his release from the residential reentry center, he has maintained steady employment and has not failed any drug screens. He also states being on federal supervision has hindered him "from a few job opportunities[.]" [78].

"[T]he court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" 18 U.S.C. § 3583(e)(1).

---

[1] The Court enters this Amended Order because its previous Order [81] included the wrong case number. This Amended Order is identical to the previous Order [81] in all other respects.

The Court, having reviewed Wilson's Presentence Investigation Report and communicated with the United States Probation Service, finds Wilson's request to be well-taken. Wilson has continuously complied with the terms of his supervision without issue for over three years. Ultimately, the Court finds that Wilson's conduct and the interests of justice support his request. The Motion [78] is hereby GRANTED.

SO ORDERED, this the 13th day of January, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE